**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Raul NEGRETE, aka Seal F, Defendant—Appellant.**

No. 03–50461.

D.C. No. CR–01–00633–LGB–4.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 22, 2004.

---

* This panel unanimously finds this case suit-

Before PREGERSON, HAWKINS, and GRABER, Circuit Judges.

### MEMORANDUM**

Raul Negrete appeals his guilty-plea conviction and 108–month sentence for conspiring to aid and abet the manufacture of methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), and 18 U.S.C. § 2.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Negrete has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Negrete has not filed a pro se supplemental brief. The government has filed a motion to dismiss, based on an appeal waiver provision in Negrete's plea agreement.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver, the appeal is **DISMISSED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

